**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:17-cr-00463 |
| | : | No. 5:26-cv-00776 |
| GARRETT MARCUS MATTHEWS, | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 19th day of May, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.      The Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, ECF No. 121, is **DISMISSED**.

2.      There is no basis for a certificate of appealability.

3.      The Clerk of Court shall **CLOSE** Case Nos. 5:17-cr-00463 and 5:26-cv-00776.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
051926